## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **S E C O N D  S U P E R S E D I N G  I N D I C T M E N T** |
| v. | |
| RAMELLE LASHANNE HUNT, a/k/a JUNIOR; DOMINICK LASHANE BAUMGARTNER, a/k/a SOSA, a/k/a SIX; and JESSICA LYNN BORCHELT | Case No. 1:22-cr-172 Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and 18 U.S.C. §§ 1513(b) and 2 |

## COUNT ONE

### Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

The Grand Jury Charges:

Beginning in or about 2021 and continuing until the present, in the District of

North Dakota, and elsewhere,

RAMELLE LASHANNE HUNT, a/k/a JUNIOR;
DOMINICK LASHANE BAUMGARTNER, a/k/a SOSA, a/k/a SIX; and
JESSICA LYNN BORCHELT,

knowingly and intentionally combined, conspired, confederated, and agreed with others,

both known and unknown to the grand jury, to distribute and possess with intent to

distribute controlled substances, including 40 grams or more of a mixture and substance

containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide"), a Schedule II controlled substance; in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(B).

<u>Overt Acts</u>

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1.     It was a part of said conspiracy that the defendants and others would and did distribute, and possess with intent to distribute, controlled substances, including opiate pills and tablets containing fentanyl;

2.     It was further a part of said conspiracy that the defendants and others would and did attempt to conceal their activities by, among other things, using aliases, concealing controlled substances within their persons, and in packages and containers, and having other persons collect, receive, and transfer money;

3.     It was further a part of said conspiracy that the defendants and other conspirators traveled between Minnesota and North Dakota for purposes of acquiring and transporting controlled substances for distribution;

4.     It was further a part of said conspiracy that the defendants and other conspirators would and did use United States currency in their drug transactions;

5.     It was further a part of said conspiracy that the defendants and others would and did use telecommunication facilities, including cellular telephones and social media applications, to facilitate the distribution of controlled substances and the transfer of money;

6.     It was further a part of said conspiracy that the defendants and others would and did use money wire services, Apple Pay, financial institutions, and other means to

transfer the proceeds of drug trafficking activity and to transfer funds to other individuals to promote the continued distribution of controlled substances;

7.    It was further a part of said conspiracy that the defendants and others utilized other persons as sub-distributors and associates to assist in locating customers and consumers of controlled substances, and to collect and transfer money; and

8.    It was further a part of said conspiracy that the defendants and others used a residence on Sweet Avenue in Bismarck from which to store, conceal and distribute opiate pills and tablets containing fentanyl, and to receive, transfer and store money that was proceeds of drug trafficking activity and used to facilitate drug trafficking activity;

In violation of Title 21, United States Code, Section 846; and Pinkerton v. United States, 328 U.S. 640 (1946).

<u>COUNT TWO</u>

**Possession with Intent to Distribute Fentanyl**

The Grand Jury Further Charges:

On or about April 19, 2022, in Bismarck, in the District of North Dakota,

RAMELLE LASHANNE HUNT, a/k/a JUNIOR,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute approximately 397 opiate pills and tablets that were a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>

**Retaliating Against a Witness**

The Grand Jury Further Charges:

On or about October 2, 2022, in Bismarck, in the District of North Dakota,

JESSICA LYNN BORCHELT

knowingly engaged in any conduct and thereby caused bodily injury to T.B., and

threatened to do so, with intent to retaliate against T.B. for any information relating to the

commission or possible commission of a Federal offense given by T.B. to a law

enforcement officer;

In violation of Title 18, United States Code, Section 1513(b) and 2.

<u>PRIOR CONVICTION – DOMINICK LASHANE BAUMGARTNER</u>

In accordance with Title 21, United States Code, Section 841(b)(1)(A), the Grand Jury finds the following:

That the defendant, DOMINICK LASHANE BAUMGARTNER, has one or more prior convictions for a "serious drug felony," specifically: Drugs – 2nd Degree – Sale 3 Grams or More – Cocaine/Heroin/Meth within 90-Day Period, a Felony in violation of Minnesota Statute § 152.022.1(1), on or about May 23, 2017, in District Court, 6th Judicial District, St. Louis County, Minnesota, Case Number 69DU-CR-14-4469;

1.    DOMINICK LASHANE BAUMGARTNER "served a term of imprisonment of more than 12 months" for this prior conviction;

2.    DOMINICK LASHANE BAUMGARTNER was last released from service of "any term of imprisonment" for this prior conviction within fifteen (15) years of the commencement of the instant offense conduct; and

3.    The instant offense in Count One of this Second Superseding Indictment commenced on or about January 1, 2021.

A TRUE BILL:

<u>/s/ Foreperson</u>
Foreperson

<u>/s/ Mac Schneider</u>
MAC SCHNEIDER
United States Attorney

RLV/sj