## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dominick Lashane Baumgartner, | ) | Case No. 1:22-cr-172 |
| | ) | |
| Defendant. | ) | |

Defendant was arrested in the St. Paul, Minnesota, on May 8, 2023. (Doc. No. 35). On May 9, 2023, he appeared in the District of Minnesota before a magistrate judge, who conditionally released him pending further proceedings in the District of North Dakota. (Doc. Nos. 36 and 36-2).

On May 11, 2025, Defendant appeared in the District of North Dakota before the undersigned and was arraigned. (Doc. No. 38). Finding that Defendant qualified for representation under 18 U.S.C. §3006A, the undersigned appointed counsel to represent him and issued an order continuing his release subject same conditions of release imposed by the magistrate judge in the District of Minnesota. (Doc. Nos. 39 and 41).

Defendant subsequently executed a plea agreement and on April 17, 2025, entered a guilty plea to the offense charged in the Count One of his Superseding Indictment. (Doc. Nos. 117 and 162). The court deferred acceptance of Defendant's plea until his sentencing hearing, which is presently scheduled for November 18, 2025, in Bismarck. (Doc. Nos. 162 and 167).

Defendant resides in St. Paul, Minnesota. On November 11, 2025, he filed a "Motion for Transportation Fair/Travel Subsistence Funds." (Doc. No. 172). Stressing that the undersigned previously found him qualified for court-appointed counsel and further advising that he lacks the

means to travel to Bismarck for his sentencing hearing, he requests that the Court issue an order directing the United States Marshal Service ("USMS") to arrange for his noncustodial transport to Bismarck and cover any subsistence costs he may incur during his transport.

Title 18 of the United States Code, section 4285 provides:

Any judge or magistrate judge of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court, any division of that court, or any court of the United States in another judicial district in which criminal proceedings are pending, may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code. When so ordered, such expenses shall be paid by the marshal out of funds authorized by the Attorney General for such expenses.

18 U.S.C. § 4285.

The undersigned finds that Defendant is financially unable to provide for his own transportation to his sentencing hearing in Bismarck, North Dakota, and the provision of travel funds will save the USMS time and money. Accordingly, the undersigned **GRANTS** Defendant's motion (Doc. No. 172). Pursuant to 18 U.S.C. § 4285, the USMS is directed to furnish Defendant with transportation or funding for noncustodial transportation, including subsistence expenses during the course of his travel, so that he may attend his sentencing hearing in Bismarck, North Dakota, on November 18, 2025.

**IT IS SO ORDERED.**

Dated this 13th day of November, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court